JULIUS V. CREMONIN, Doing Business under the Name of J. V. CREMONIN & COMPANY, Appellant, *v.* SAMI A. WAHHAB, Defendant, and RESAMNY BROS., Third-Party Respondent.

Submitted July 19, 1949; decided October 6, 1949.

*Irving Benimowitz* for motion.
*Nathan Shapiro* opposed.

Motion for a stay dismissed, with $10 costs. Appeal taken as of right dismissed, without costs, upon the ground that the order does not finally determine a special proceeding within the meaning of the Constitution. (See *Morris Plan Ind. Bank of N. Y.* v. *Gunning,* 295 N. Y. 640; Civ. Prac. Act, §.592, subd. 5, par. b, cl. [i].)